FILED
JAMES BONINI
2009 JAN 12 PM 3: 10

US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CARMELLA SWIGER,

        Plaintiff, : Case No. 3:08-cv-159

                             District Judge Walter Herbert Rice
   -vs-                           Magistrate Judge Michael R. Merz

KOHLS DEPARTMENT STORE, INC.,
et al.,

        Defendants.

## ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS

The Court has reviewed the Substituted Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 9, 2009, hereby ADOPTS said Substituted Report and Recommendations.

It is therefore ORDERED that this case be remanded to the Montgomery County Common Pleas Court from which it was removed.

January 12, 2009.

                                                          Walter Herbert Rice
                                                          United States District Judge